UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

HECKLER ELECTRIC COMPANY, INC.

                       Plaintiff,

    -against-

SELECT CONTRACTING, INC.,

                      Defendant.
-----------------------------------------------------------------X

Case No.

FILED
FEB 15 2008
USDC WP SDNY

**RULE 7.1 STATEMENT**

08 CIV. 1594

JUDGE McMahon

       Plaintiff, Heckler Electric Company, Inc. ("Heckler Electric"), pursuant to Federal Rule of Civil Procedure 7.1 and to assist the District and Magistrate Judges of this Court in evaluating possible disqualification or recusal, hereby certifies that Heckler Electric is a private, non-governmental entity that does not have any parent companies, affiliates or subsidiaries that are publicly held.

Dated: New York, New York
       February 13, 2008

                                        Respectfully submitted,

                                        WELBY, BRADY & GREENBLATT, LLP

                                        By: _____
                                              Gerard P. Brady (GPB-4782)
                                             *Attorneys for Plaintiff,*
                                             *Heckler Electric Company, Inc.*
                                             11 Martine Avenue
                                             White Plains, New York 10606
                                             (914) 428-2100