☎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York _____

HECKLER ELECTRIC COMPANY, INC,

Plaintiff,

V.

**SUMMONS IN A CIVIL CASE**

SELECT CONTRACTING, INC,

Defendant.

CASE NUMBER:

# 08 CIV. 1594
## JUDGE McMahon

TO: (Name and address of Defendant)

Select Contracting, Inc.
420 Veterans Highway
Carlstadt, New Jersey 07072

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gerard P. Brady, Esq.
Welby, Brady & Greenblatt, LLP
11 Martine Avenue
White Plains, NY 10606

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon
**CLERK**

CLERK

(By) DEPUTY CLERK

DATE    FEB 1 5 2008

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS, CIVIL COVER SHEET, COMPLAINT, RULE 7.1 STATEMENT, JUDGE'S RULES, JUDGE'S DISCOVERY RULES**

EFFECTED (1) BY ME: **CHRISTOPHER OBIE**

TITLE: **PROCESS SERVER**                              DATE: **02/19/2008  12:45PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SELECT CONTRACTING INC.

Place where served:

420 VETERANS HWY.  CARLSTADT NJ 07072

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ANGELO SCIANDRA

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: M   AGE: 51-65   HEIGHT: 5'9"-6'0"   WEIGHT: 190-210 LBS.    SKIN: WHITE    HAIR: BROWN/GRAY
OTHER: MOUSTACHE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE 02 / 19 / 20 08                    _____ L.S.
                                        SIGNATURE OF CHRISTOPHER OBIE
                                        GUARANTEED SUBPOENA SERVICE, INC.
                                        2009 MORRIS AVENUE
                                        UNION, NJ 07083

02-19-08
J. S. Velez

ATTORNEY:    GERARD P. BRADY, ESQ.
PLAINTIFF:   HECLER ELECRIC CO., INC.
DEFENDANT:   SELECT CONTRACTING INC.
VENUE:       DISTRICT OF NY
DOCKET:      08 CV 1594

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

HW