UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLER ELECTRIC COMPANY,<br><br>                Plaintiff,<br><br>    v.<br><br>SELECT CONTRACTING, INC.<br><br>                Defendant. | CIVIL ACTION NO. 08 cv 1594 (CM)(FM)<br><br>**RULE 7.1 STATEMENT FOR DEFENDANT SELECT CONTRACTING, INC.** |

Defendant Select Contracting, Inc. pursuant to F.R.C.P. 7.1, states that it has no parent corporation and there is no publicly held corporation which owns 10% or more of its stock.

Dated:  Hackensack, New Jersey
        March 7, 2006

                                        By: s/ Samuel J. Samaro
                                            **SAMUEL J. SAMARO**
                                            **ssamaro@pashmanstein.com**


                                            **PASHMAN STEIN**
                                            A Professional Corporation
                                            Court Plaza South
                                            21 Main Street
                                            Hackensack, New Jersey 07601
                                            Tel.: (201) 488-8200
                                            Attorneys for Defendant,
                                            **Select Contracting, Inc.**