UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLER ELECTRIC COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>SELECT CONTRACTING, INC.<br><br>  Defendant. | CIVIL ACTION NO. 04 cv 7391<br>(CM)(FM)<br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING THE ADMISSION *PRO HAC VICE* OF ADAM B. SCHWARTZ, ESQ.** |

**PLEASE TAKE NOTICE PLEASE TAKE NOTICE** that upon the annexed affirmation of Samuel J. Samaro, Esq., and affidavit of Adam B. Schwartz, Esq., the undersigned attorneys for defendant, Select Contracting, Inc., will move this Court, Hon. Colleen McMahon, U.S.D.J., on a date and time to be decided by the Court, for an Order granting the admission *pro hac vice* of Adam B. Schwartz, Esq., to practice before this Court in this action.

A proposed form of Order is enclosed.

Respectfully submitted,

**PASHMAN STEIN**
A Professional Corporation

By: _____
Samuel J. Samaro (SS9328)
Attorneys for Defendant,
  **Select Contracting, Inc.**
Court Plaza South
21 Main Street
Hackensack, NJ 07601
(201) 488-8200

Dated: Hackensack, NJ
       July 21, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLER ELECTRIC COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>SELECT CONTRACTING, INC.<br><br>                Defendant. | CIVIL ACTION NO. 08 cv 1594<br>(CM)(FM)<br><br>**AFFIRMATION OF<br>SAMUEL J. SAMARO, ESQ.<br>IN SUPPORT OF MOTION FOR<br>ADMISSION *PRO HAC VICE*** |

      SAMUEL J. SAMARO, affirms under penalty of perjury as follows:

      1.   I am a member of the firm of Pashman Stein, P.C., counsel to defendant, Select Contracting, Inc., in this action, and a member of the bar of this Court. I submit this affirmation in support of Select Contracting, Inc.'s motion seeking the admission of Adam B. Schwartz, Esq., *pro hac vice* in this action.

      2.   As indicated in the attached Affidavit of Adam B. Schwartz, Esq., Mr. Schwartz is an associate at Pashman Stein, P.C., and is actively involved in assisting me in this matter.

      3.   As set forth in Mr. Schwartz's Affidavit, he has agreed to abide by all the requirements imposed on an attorney who is admitted *pro hac vice* in the Southern District of New York.

4.  There will be no delay in discovery, motions, trial or any other proceeding by reason of the inability of Mr. Schwartz to attend.

                                      PASHMAN STEIN  
                                      A Professional Corporation  
                                      Attorneys for Defendant,  
                                          Select Contracting, Inc.

Dated: July 21, 2008        By: _____  
                                        SAMUEL J. SAMARO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLER ELECTRIC COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>SELECT CONTRACTING, INC.<br><br>               Defendant. | CIVIL ACTION NO. 08 cv 1594<br>(CM)(FM)<br><br>**AFFIDAVIT OF ADAM B. SCHWARTZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

Adam B. Schwartz, Esq., being duly sworn, deposes and says:

1. I am an attorney at law of the State of New Jersey and am an associate with the law firm of Pashman Stein, P.C., located in Hackensack, NJ. My firm serves as counsel for defendant, Select Contracting, Inc.

2. I submit this Affidavit in support of my application to be admitted *pro hac vice* on behalf of defendant Select Contracting, Inc., in this matter.

3. I am a member in good standing of the bar of the State of New Jersey which is the state in which I live and principally practice law.

4. I am also admitted to practice law in the United States District Court for the District of New Jersey.

5. Attached hereto as Exhibit A is a Certificate of Good Standing issued by the United States District Court for the District of New Jersey.

6. Attached hereto as Exhibit B is a Certificate of Good Standing issued by the State of New Jersey.

7. I am also admitted to practice in the State of New York. Attached hereto as Exhibit C is a Certificate of Good Standing issued by State of New York.

8. I work closely with Samuel J. Samaro, Esq., who is a member of Pashman Stein, P.C., on this case. Mr. Samaro is admitted to practice law in the Southern District of New York.

9. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

10. My admission *pro hac vice* will not delay trial in this matter.

11. If admitted *pro hac vice*, I acknowledge that I am within the disciplinary jurisdiction of this Court and will abide by the Rules of the Southern District of New York.

12. I have spoken with counsel for plaintiff Heckler, who has consented to my *pro hac vice* admission in this matter.

13. For the foregoing reasons, I respectfully request that I be admitted *pro hac vice* in this matter.

August 5, 2008
Dated: Hackensack, NJ

_____
Adam B. Schwartz

Sworn to before me
this 5th day of August, 2008

_____
Notary Public

DIANE VISCONTI
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 16, 2008

3

# Certificate of Good Standing



## United States of America

## District of New Jersey

I, WILLIAM T. WALSH, Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

## Adam B. Schwartz

was duly admitted to practice in said Court as of December 30, 1999, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: July 30, 2008

WILLIAM T. WALSH, CLERK

By _____

Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ADAM BERT SCHWARTZ** (No. **029861999**) was constituted and appointed an Attorney at Law of New Jersey on **December 14, 1999** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **1ST** day of **August**, 20 **08**

*Clerk of the Supreme Court*

-453a-

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ADAM BERT SCHWARTZ

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the 30th day of July, 2001 has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

July 29, 2008

_____

Clerk of the Court

7009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLER ELECTRIC COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>SELECT CONTRACTING, INC.<br><br>                    Defendant. | CIVIL ACTION NO. 08 cv 1594<br>(CM)(FM)<br><br>**AFFIDAVIT OF SERVICE** |

**I HEREBY CERTIFY** that on July 21, 2008 an original and two copies of the following documents were sent for filing via DHL Overnight Mail to J. Michael McMahon, Clerk of the Court, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, a courtesy copy was sent via DHL overnight mail Hon. Colleen McMahon, U.S.D.J., U.S. Courthouse, Room 21B, 500 Pearl Street, New York, New York 10007, and one copy of each document was sent via DHL overnight to Gerard P. Brady, Esq., Welby, Brady & Greenblatt, LLP 11 Martine Avenue, White Plains, New York 10606.

ADAM B. SCHWARTZ, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLER ELECTRIC COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>SELECT CONTRACTING, INC.<br><br>    Defendant. | CIVIL ACTION NO. 08 cv 1594<br>(CM)(FM)<br><br>ORDER GRANTING *PRO HAC VICE* ADMISSION OF ADAM B. SCHWARTZ, ESQ. |

**THIS MATTER** having been brought before the Court by Pashman Stein, A Professional Corporation, attorneys for defendant, Select Contracting, for entry of an Order admitting Adam B. Schwartz, Esq. *pro hac vice* to practice before this Court in this action, and the Court having considered the matter, and for good cause shown;

**IT IS** on this _____ day of _____, 2008,

**ORDERED** that Adam B. Schwartz, Esq. is admitted *pro hac vice* to practice before this Court in this action; and it is further;

**ORDERED** that a copy of this Order shall be served on all parties within 7 days of receipt of this Order.

_____
Hon. Colleen McMahon, U.S.D.J.