UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECKLER ELECTRIC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SELECT CONTRACTING, INC.<br><br>Defendant. | CIVIL ACTION NO. 08 cv 1594<br>(CM)(FM)<br><br>ORDER GRANTING *PRO HAC VICE* ADMISSION OF ADAM B. SCHWARTZ, ESQ. |

**THIS MATTER** having been brought before the Court by Pashman Stein, A Professional Corporation, attorneys for defendant, Select Contracting, for entry of an Order admitting Adam B. Schwartz, Esq. *pro hac vice* to practice before this Court in this action, and the Court having considered the matter, and for good cause shown;

**IT IS** on this 27th day of August, 2008,

**ORDERED** that Adam B. Schwartz, Esq. is admitted *pro hac vice* to practice before this Court in this action; and it is further;

**ORDERED** that a copy of this Order shall be served on all parties within 7 days of receipt of this Order.

_____
Hon. Colleen McMahon, U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08